**S. A. MANUS, Movant, v. E. E MANUS,
Opposed.**

February 22, 1949.

Fisher & Reed for appellant.

Charles H. Wilson, and D. H. Postlethweighte, for appellee.

PER CURIAM.

The motion is overruled, appeal denied, and the judgment is affirmed.

**Allan BARTEE, Movant, v. COMMONWEALTH
of Kentucky, Opposed.**

February 4, 1949

Melvin Schaengold for movant.

A. E. Funk, Attorney General and Walter C. Herdman, Assistant Attorney General for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Jimmie RIGGS, Movant, v. COMMONWEALTH
of Kentucky, Opposed.**

February 8, 1949.

Haynes Carter for movant.

A. E. Funk, Attorney General and W. Owen Keller, Assistant Attorney General opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.